UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, CASE NO. 26-mj-30513

v.

WEIHENG ZENG,

Defendant.
_______________________/

**STIPULATION TO CONTINUE**
**PRELIMINARY EXAMINATION AND COMPLAINT**

By and through their respective counsel, the parties stipulate and agree that there is good cause to continue the Preliminary Examination and Complaint from September 9, 2026, to November 9, 2026.

**IT IS FURTHER STIPULATED** that the time period from September 9, 2026, through and including November 9, 2026, shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by continuing the Preliminary Examination and Complaint outweigh the best interests of the public and the defendant in a speedy trial.

The parties stipulate and agree that an ends of justice continuance is warranted as the parties are in the process of exploring a negotiated

resolution of this matter, and also require additional time for investigation and discovery prior to the Preliminary Examination.

The parties also stipulate and agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release.

Accordingly, the parties request that the Court find that, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and in light of the factors set forth in 18 U.S.C. § 3161(h)(7)(B), the ends of justice served by the requested continuance outweigh the best interests of the defendant and the public in a speedy trial, such that the resulting period of delay shall be excluded in computing the time within which the information or indictment must be filed.

**IT IS SO STIPULATED.**

s/*Alyse Wu*
Alyse Wu
Nhan Ho
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: 313-226-9589
E-Mail: alyse.wu@usdoj.gov

s/*Rhonda R. Brazile* (with consent)
Rhonda R. Brazile
Counsel for Defendant
613 Abbott Street, 5th Floor
Detroit, MI 48226
Phone: 313-967-5850
E-Mail: Rhonda_Brazile@fd.org

Dated: September 4, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, CASE NO. 26-mj-30513

v.

WEIHENG ZENG,

Defendant.
_____________________________/

**ORDER TO CONTINUE PRELIMINARY EXAMINATION AND COMPLAINT**

The Court, having been fully advised by the respective parties, states as follows:

**IT IS ORDERED** that the Preliminary Examination and Complaint be continued from September 9, 2026, to November 9, 2026.

**IT IS FURTHER ORDERED** that the time period from September 9, 2026, through and including November 9, 2026, shall be excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the Court finds that the ends of justice served by continuing the Preliminary Examination and Complaint outweigh the best interests of the public and the defendant in a speedy trial. The Court

makes this finding based on the following considerations: (1) the parties are in the process of exploring a negotiated resolution of this matter; and (2) the parties require additional time for investigation and discovery prior to the Preliminary Examination.

This order shall not affect any previous order of pretrial detention or pretrial release.

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date Entered: September 4, 2026